IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATHANIEL A. TOLER,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0279

Opinion filed May 19, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Nathaniel A. Toler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the Order Denying Defendant's Motion for Postconviction DNA Testing in Duval County Circuit Court case number 2008-CF-11377. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.